ACCEPTED
€|ⷣ'Ⅱ ⷦ €€H Ï ⷥⷹX
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/27/2015 8:14:55 AM
KEITH HOTTLE
CLERK

# ELIZABETH CONRY DAVIDSON

## ATTORNEY AT LAW

926 Chulie Drive, San Antonio, Texas 78216
Telephone: (210) 380-4899 •Facsimile: (210)568-4036
e-mail: conrydavidson@gmail.com

May 27, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

05/27/2015 8:14:55 AM

KEITH E. HOTTLE
Clerk

Keith Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re:  *Burton Kahn v. Helvetia Asset Recovery, Inc.*, Case No. 04-14-00357-CV, in the Fourth Court of Appeals, San Antonio;
>
> *Burton Kahn v. Helvetia Asset Recovery, Inc.,* Case No. 04-14-00569-CV, in the Fourth Court of Appeals, San Antonio;
>
> *Estate of Johnnie Mae King*, Case No. 04-15-00271-CV, in the Fourth Court of Appeals, San Antonio.

Dear Mr. Hottle:

Please be advised that I will be on vacation or otherwise unavailable for hearings, settings, trials, or oral argument from June 30-July 3, 2015; July 6-10, 2015; July 13-15, 2015; September 21-25, 2015; November 25-27; and December 21-25, 2015; and December 8, 2015 through January 1, 2016. I certify compliance with Bexar County District Courts' Local Rule 10A.

Sincerely,

/s/ Elizabeth Conry Davidson

Elizabeth Conry Davidson